IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAMIEN MORRIS**                                                **PLAINTIFF**
**#107739**

v.                          No. 3:23-cv-27-DPM

**DOE**                                                         **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Morris hasn't paid the $402 administrative and filing fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2023