IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAMIEN MORRIS                                                                                PLAINTIFF
#107739

v.                                            No. 3:23-cv-27-DPM

DOE                                                                                          DEFENDANT

JUDGMENT

Morris's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2023